IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WIGO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY EDUCATION CENTERS, et al. | : | NO. 13-5657 |
| | : | |

## JUDGMENT

AND NOW, this 17th day of March, 2014, in accordance with the accompanying Order granting defendants' motion to dismiss, JUDGMENT IS ENTERED in favor of defendants Community Education Centers, Inc.,[1] Jerome Fiordimondo, Don Beese, Warden (First Name Unknown) Green, and the County of Delaware and against plaintiff Christopher Wigo.

BY THE COURT:


/s/ Stewart Dalzell, J.

---

[1] Formerly known as Community Corrections Corp.